IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

2020 AUG 21 A 10: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CM VANTAGE SPECIALTY INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>MAYFLOWER INVESTMENTS, LLC; )<br><br>REBECCA SMITH, individually, and as mother and next friend of R███████ M█████, █., a minor, K███████ T███████ a minor; )<br><br>TALITHA SMITH, individually, and as mother and next friend of J███████ E█████, a minor, J███████ B███████ a minor, R███████ D███████, █., a minor, D███████ F███████ S███████, a minor; )<br><br>PRACEY GRAY, individually, and as mother and next friend of E█████ L. C███████, █., a minor; )<br><br>DEMECIA WRIGHT, individually, and as mother and next friend of J███████ W█████ a minor, Y███████ A█████-K█████, a minor, D███████ T█████, a minor; )<br><br>VAKITA RAGLAND, individually, and as mother and next friend of J█████ R█████, a minor, T█████ R█████, a minor, Z█████ R█████, a minor; ) | Civil Action No. **2:20-cv-00614**<br><br>JURY DEMAND |

[021158-00001/1609633/1]

MICHELLE LONDON, individually, and as )
mother and next friend of M████████ )
L████, a minor, F████████ )
G████, a minor, M████████ )
L████, a minor, D████ )
B████, a minor; )
)
ASHEIA GOODE, individually, and as )
mother and next friend of C████ L████ )
W████, ██., a minor, K████ )
J████ G████, a minor; )
)
)
MELANIE BLUE, individually, and as )
mother and next friend of J████████ )
B████████ B████, a minor; )
)
SHAYALIA BRADFORD, individually, and )
as mother and next friend of K████ W████ )
and K████ W████, minors; )
)
FRANK ARRINGTON, an individual; )
)
ASHLEY WILLIAMS, individually and as )
mother and next friend of M████████ )
A████, a minor A████ )
W████, a minor, F████ )
A████, ██, a minor, A████ )
W████, a minor, A████ )
A████, a minor; )
)
LAURA JOHNSON, an individual; )
)
ANGELA GOLDSMITH, an individual; )
)
JEROME GOLDSMITH, an individual; )
)
ELLA GOLDSMITH, an individual; )
)

| | |
|---|---|
| JOHNNIE GOLDSMITH, an individual; | ) |
| | ) |
| JAMES DAVIS, an individual; | ) |
| | ) |
| MARGARET DANIEL, an individual; | ) |
| | ) |
| LATASHA WILSON, individually and as mother and next friend of F▮▮▮ P▮▮▮, a minor, F▮▮▮ P▮▮▮, a minor, F▮▮▮ P▮▮▮, a minor, F▮▮▮ P▮▮▮, a minor, M▮▮▮ W▮▮▮, a minor; | ) ) ) ) ) ) ) |
| | ) |
| MARCUS QUINN, an individual; and | ) |
| | ) |
| ANGIENECK GOLDSMITH, individually and as mother and next friend of Z▮▮▮ W▮▮▮, a minor; | ) ) ) |
| SHAYALIA BRADFORD, individually, and as mother and next friend of K▮▮▮ W▮▮▮ and K▮▮▮ W▮▮▮, minors; | ) ) ) |
| | ) |
| FRANK ARRINGTON, an individual; | ) |
| | ) |
| ASHLEY WILLIAMS, individually and as mother and next friend of M▮▮▮ A▮▮▮, a minor A'▮▮▮ W▮▮▮, a minor, F▮▮▮ A▮▮▮, ▮., a minor, A'▮▮▮ W▮▮▮, a minor, A▮▮▮ A▮▮▮, a minor; | ) ) ) ) ) ) ) |
| | ) |
| LAURA JOHNSON, an individual; | ) |
| | ) |
| ANGELA GOLDSMITH, an individual; | ) |
| | ) |
| JEROME GOLDSMITH, an individual; | ) |
| | ) |
| ELLA GOLDSMITH, an individual; | ) |

[021158-00001/1609633/1]

JOHNNIE GOLDSMITH, an individual; )
)
PATRICIA ANN WILSON, as )
administratrix of the estate of JAMES )
DAVIS, deceased; )
)
MARGARET DANIEL, an individual; )
)
LATASHA WILSON, individually and as )
mother and next friend of F█████ )
P█████, █, a minor, F█████████ )
P█████, a minor, F█████████ )
P█████, a minor, F█████████ )
P█████, a minor, M█████████ )
W█████, a minor; )
)
MARCUS QUINN, an individual; and )
)
ANGIENECK GOLDSMITH, individually )
and as mother and next friend of Z█████ )
W█████, a minor; )
)
Defendants. )

## COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES Plaintiff, CM VANTAGE SPECIALTY INSURANCE COMPANY ("CM Vantage"), by and through the undersigned counsel, and for its Complaint for Declaratory Judgment against Defendants, states and alleges as follows:

## THE PARTIES

1. Plaintiff, CM Vantage Specialty Insurance Company, is a corporation organized and existing under the laws of the State of Wisconsin, and with its

principal place of business located in Madison, Wisconsin. At all times relevant, CM Vantage was in the business of issuing excess & surplus lines commercial insurance policies in the State of Alabama.

2. Defendant, Mayflower Investments, LLC ("Mayflower"), is a limited liability company organized and existing under the laws of the State of Ohio, and with its principal place of business located at 7256 Laurel Oak Lane, Cincinnati, Ohio. On information and belief, Mayflower has one total member, Scheur Kalmanson, who, upon information and belief, is a resident and domiciliary of Illinois.

3. Defendant, Rebecca Smith, individually, and as mother and next friend of R▮▮▮ M▮▮▮, ▮., a minor, K▮▮▮ T▮▮▮, a minor, is a resident and domiciliary of Alabama in this District.

4. Defendant, Talitha Smith, individually, and as mother and next friend of J▮▮▮ ▮▮▮, a minor, J▮▮▮ B▮▮▮, a minor, R▮▮▮ D▮▮▮▮., a minor, D▮▮▮ ▮▮▮ S▮▮▮, is a resident and domiciliary of Alabama in this District.

5. Defendant, Pracey Gray, individually, and as mother and next friend of ▮▮▮ L. ▮▮▮▮▮., a minor, is a resident and domiciliary of Alabama in this District.

6. Defendant, Demecia Wright, individually, and as mother and next friend of J███ W███, a minor, Y███ A███████, a minor, D███ T███, a minor, is a resident and domiciliary of Alabama in this District.

7. Defendant, Vakita Ragland, individually, and as mother and next friend of J███ R██████, a minor, T███ Ra███, a minor, Z███ Ra███, a minor, is a resident and domiciliary of Alabama in this District.

8. Defendant, Michelle London, individually, and as mother and next friend of M███ L█████, a minor, Fa███ C█████, a minor, M███ L█████, a minor, Destiny Baldwin, a minor, is a resident and domiciliary of Alabama in this District.

9. Defendant, Asheia Goode, individually, and as mother and next friend of C███ L███ W██████ Jr., a minor, K███ J██████ G████, a minor, is a resident and domiciliary of Alabama in this District.

10. Defendant, Shayalia Bradford, individually, and as mother and next friend of Kh███ W████ and Ka███ W████, minors, is a resident and domiciliary of Alabama in this District.

11. Defendant, Frank Arrington, is a resident and domiciliary of Alabama in this District.

12. Defendant, Ashley Williams, individually and as mother and next friend of Ma█████ A███████, a minor, A'███ W██████, a minor, F███ A███████,

J▮., a minor, A▮▮▮ W▮▮▮, a minor, A▮▮ A▮▮▮, a minor, is a resident and domiciliary of Alabama in this District.

13. Defendant, Laura Johnson, is a resident and domiciliary of Alabama in this District.

14. Defendant, Angela Goldsmith, is a resident and domiciliary of Alabama in this District.

15. Defendant, Jerome Goldsmith, is a resident and domiciliary of Alabama in this District.

16. Defendant, Ella Goldsmith, is a resident and domiciliary of Alabama in this District.

17. Defendant, Johnnie Goldsmith, is a resident and domiciliary of Alabama in this District.

18. Defendant, Patricia Ann Wilson, as administratrix of the estate of James Davis, deceased, is a resident and domiciliary of Alabama in this District.

19. Defendant, Margaret Daniel, is a resident and domiciliary of Alabama in this District.

20. Defendant, Latasha Wilson, individually and as mother and next friend of F▮▮ P▮▮▮ I▮, a minor, F▮▮▮▮ I▮▮, a minor, F▮▮▮ P▮▮, a minor, F▮▮▮ P▮▮, a minor, M▮▮ W▮▮▮, a minor, is a resident and domiciliary of Alabama in this District.

21. Defendant, Marcus Quinn, is a resident and domiciliary of Alabama in this District.

22. Defendant, Angieneck Goldsmith, individually and as mother and next friend of Z▬ W▬, a minor, is a resident and domiciliary of Alabama in this District.

23. The individuals identified in ¶¶3 through 22 are named as defendants solely because they are necessary parties. Fed. R. Civ. P. 19(a). CM Vantage will dismiss the defendants identified in ¶¶3 through 22 if they agree and stipulate to be bound by any judgement or settlement entered into with respect to this action.

## JURISDICTION AND VENUE

24. CM Vantage brings this insurance coverage action pursuant to Federal Rule of Civil Procedure No. 57 and the Declaratory Judgment Act, 28 U.S.C. §2201 and §2202, and for the purpose of determining the parties' rights and defense and indemnification obligations, if any, under a policy of insurance issued by CM Vantage to AMG Realty Group, LLC, with respect to *Smith, et al., vs. AMG Realty, LLC, et al.*, 2018-902004, pending in the Circuit Court of Montgomery County, Alabama, Fifteenth Judicial Circuit (the "underlying litigation").

25. This Court has jurisdiction of this action pursuant to 28 U.S.C. §1332 (a) (1), based upon information and belief that the amount in controversy exceeds $75,000 under the Policy, and this action is between citizens of different states.

Plaintiff is a Wisconsin corporation and Defendants are either Illinois or Alabama domiciliaries.

26. The underlying action seeks damages for each adult and minor plaintiff in excess of $10,000.

27. Venue is proper in this District pursuant to 28 U.S.C. §1391(a)(1) and (a)(2), in that the lawsuit that is the subject of this insurance coverage action was filed by Alabama residents in this District, and CM Vantage does business in Alabama.

28. This matter is ripe for adjudication as there is an actual and justiciable controversy between the parties as to CM Vantage's rights, duties and obligations to Mayflower, under policy of insurance issued by CM Vantage.

## THE UNDERLYING LITIGATION

29. The plaintiffs in the underlying litigation, who were or are tenants at Red Lion apartments, filed their Third Amended Complaint against AMG Realty Group, LLC, AMG Red Lion, LLC, Base Management Services, LLC, Carol Cunningham, and Mayflower, in the Circuit Court of Montgomery County, Alabama, Fifteenth Judicial Circuit, under Cause No. 2018-902004 (the "Underlying

Lawsuit"). A true and correct copy of the Third Amended Complaint is attached and incorporated as "Exhibit A."[1]

30. The plaintiffs in the underlying action allege that Carol Cunningham is the apartment manager at Red Lion apartments, for AMG Realty Group, LLC, AMG Red Lion, LLC, Basement Management Services, LLC, and Mayflower. See Exhibit A, ¶27.

31. At all times relevant, Carol Cunningham was an employee of Base Management Services.

32. Plaintiffs allege they were or are tenants at Red Lion Apartments who "paid rent for uninhabitable apartments, lost personal property, sustained personal and bodily injury, mental anguish and/or emotional distress due to the alleged wrongful acts of Defendants." See Exhibit A, ¶31.

33. The third amended complaint asserts claims for breach of contract, negligence, wantonness, negligence *per se,* wantonness *per se,* deceit, intentional infliction of emotional distress, negligent or wanton hiring, training, and supervision, trespass and nuisance, civil conspiracy, and *respondeat superior.* See Exhibit A.

---

[1] Plaintiffs' Fourth Amended Complaint was filed on February 26th 26, 2020, for the sole purposes of substituting Patricia Ann Wilson, as administratrix of the estate of James Davis, deceased, and referenced and incorporated all the allegations and prayers for relief as set forth in Plaintiff's Third Amended Complaint.

34. CM Vantage is providing a defense in the underlying litigation to AMG Realty, LLC, AMG Red Lion, LLC, Base Management, and Carol Cunningham, pursuant to a full and complete reservation of right.

## THE CM VANTAGE POLICY

35. CM Vantage issued policy numbered CMV-PLI-0007736-01 to AMC Realty Group, LLC, as named insured. Said policy provided commercial general liability insurance with an effective policy period from March 7, 2018 to March 7, 2019 (the "Policy"). A true and correct copy of the Policy is attached and incorporated as Exhibit B.

36. With respect to Coverage A, the GL Policy provides, in part, as follows:

*SECTION I – COVERAGES*

*COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY*

*1. Insuring Agreement*

   a. *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.*

*\*\*\*\*\**

## *SECTION II – WHO IS AN INSURED*

*1. If you are designated in the Declarations as:*

\*\*\*\*\*

*c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.*

\*\*\*\*\*

*2. Each of the following is also an insured:*

\*\*\*\*\*

*b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.*

\*\*\*\*\*

*No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.*

## **COUNT ONE**
*(No Duty to Defend or Indemnify)*

37. CM Vantage adopts and realleges the allegations of Paragraphs 1 through 36, as though the same were fully set forth herein.

38. CM Vantage has no duty to defend or indemnify Mayflower under the Policy, in connection with the Underlying Litigation because Mayflower is not a named insured on the Policy.

39. CM Vantage has no duty to defend or indemnify Mayflower under the Policy, in connection with the Underlying Litigation because Mayflower is not an additional insured, and does not otherwise qualify as an insured, on the Policy.

**WHEREFORE**, Plaintiff, CM VANTAGE SPECIALTY INSURANCE COMPANY, respectfully requests that this Court enter a declaratory judgment in its favor on Count I of the Complaint and against Defendants, specifically find, declare and order that Defendant MAYFLOWER, LLC is not an insured under the Policy, that Plaintiff, CM VANTAGE SPECIALTY INSURANCE COMPANY, has no duty to defend or indemnify Defendant, MAYFLOWER, LLC, in connection with the Underlying Litigation, and for any and all other relief that this Honorable Court deems necessary and just.

Respectfully submitted on this 20th day of August, 2020.

CHRISTIAN & SMALL, LLP

F. Todd Weston (asb-3360-u13u)
ftweston@csattorneys.com

505 20th Street North – Suite 1800
Birmingham, AL 35203
(205) 250-6588

PLEASE SERVE VIA CERTIFIED MAIL TO:

Mayflower Investments, LLC
C/o Registered Agent Shneur Kalmanson
7256 Laurel Oak Lane
Cincinnati, Ohio 45237