IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CM VANTAGE SPECIALTY        )
INSURANCE COMPANY,          )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:20cv614-MHT
                            )          (WO)
MAYFLOWER INVESTMENTS,      )
LLC, et al.,                )
                            )
     Defendants.            )
```

## ORDER

Upon consideration of the joint status report of the parties (Doc. 63), it is ORDERED that, by February 5, 2024, the parties shall to file a stipulation of dismissal, stipulation of judgment, or other appropriate document resolving the case in light of the settlement.

DONE, this the 28th day of December, 2023.

                                /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE